FILED

Jan 28  11 50 AM '11

U.S. MAGISTRATE JUDGE

BY _____

1 | DANIEL G. BOGDEN
United States Attorney
2 | BRADLEY GILES
Assistant United States Attorney
3 | 333 Las Vegas Boulevard South
Suite 5000
4 | Las Vegas, Nevada 89101
(702) 388-6336
5 | Fax (702) 388-6698

6

## UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8

-oOo-

9

10 | UNITED STATES OF AMERICA                )
                                             )
11 | vs                                       )
                                             )
12 | CHATTEL KNOWN AS                         )     2:10-mj-892-LRL
     Xbox 360                                 )
13 | SERIAL #: 222956284005                   )
                                             )
                                             )

14

15

## GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT

16

17 |        COMES NOW the United States of America, by and through Daniel G. Bogden, United

18 | States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal

19 | the Affidavit together with the Application, Return and the Court's Order for purposes of discovery

20 | in the above-captioned matter.

21 | . . .

22 | . . .

23 | . . .

24 | . . .

25 | . . .

26 | . . .

1          Unsealing is necessary to permit the Government to copy and distribute the above

2  referenced documents to the defense.

3

4                  DATED this 26th day of January, 2011.

5

6                                 Respectfully submitted,

7                                 DANIEL G. BOGDEN
                                   United States Attorney

8

9

10                               BRADLEY GILES
                                  Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FILED

JAN 28  11 50 AM '11

U.S. MAG.        JUDGE
BY_____

1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8                              -oOo-

9
   UNITED STATES OF AMERICA              )
10                                        )
   vs                                     )
11                                        )
                                          )
12 CHATTEL KNOWN AS                       )        2:10-mj-892-LRL
   Xbox 360                               )
13 SERIAL #: 222956284005                 )
                                          )
   _____)
14

15          Based on Government's Application for an Order to Unseal the Affidavit together with

16 the Application, Return and the Court's Order issued in the above-captioned matter and good cause

17 appearing, therefor

18          IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be

19 unsealed.

20          DATED this __28th__ day of January, 2011.

21

22                                                _____
                                                  UNITED STATES MAGISTRATE JUDGE
23

24

25

26